# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| YANICK JACQUES | |
|---|---|
| *Plaintiff* | |
| v. | Civil Action No.: 1:13–CV–10520–DJC |
| UNITED STATES OF AMERICA, ET AL. | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Jo-Ann (Silva) Winbush
> 29 Field St.
> Brockton, MA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

> Scott Heidorn, Esq.
> Bergstresser & Pollock LLC
> 52 Temple Place, 4th Fl.
> Boston, MA 02111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SARAH ALLISON THORNTON

*CLERK OF COURT*

/s/ – Clarilde M Geraldino-Karasek

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2013-03-07 14:32:19.0, Clerk USDC DMA

Civil Action No.: 1:13–CV–10520–DJC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) JoAnn (Silva) Winbush c/o Codman Square Health Center
was received by me on (date) March 7, 2013.

☑ I personally served the summons on the individual at (place) Codman Square Health Center, 637 Washington Street, Dorchester, MA on (date) April 9, 2013 @ 2:55 PM.

☐ I left the summons at the individuals residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):

My fees are $ 0 for travel and $ 45.00 for services, for a total of $ 45.00.

I declare under penalty of perjury that this information is true.

April 9, 2013
*Date*

*Server's Signature*

John Roberto
*Printed name and title*

**Process Server & Disinterested Person**

92 State Street, 8th Floor
*Server's Address*
Boston, MA 02109

Additional information regarding attempted service, etc:

List of Documents Served:
1. Summons in a Civil Action;
2. Complaint and Jury Demand; and
3. Exhibit 1 and Exhibit 2.