

**U.S. Department of Justice**

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

*Writer's Direct Dial Number:*
*Telephone: (617) 748-3272*
*Fax: (617) 748-3971*
*Email: george.henderson2@usdoj.gov*

*John Joseph Moakley U.S. Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

February 6, 2014

Scott M. Heidorn
Bergstresser & Pollock LLC
52 Temple Place
Boston, MA 02111

    Re:    *Jacques v. United States, et al.*, Civil Action No. 13-10520-DJC

Dear Scott:

    Attached is an updated privilege log that adds two documents withheld on the basis of the peer review privilege. As stated previously, the Summary and Recommendations report was based solely on a chart review. The notes of the Compliance Officer made in connection with the preparation of the report (also withheld) include a few notes that appear to reflect communications with one of the providers involved in the incident.

    Sincerely,

    George B. Henderson, II
    Assistant U.S. Attorney

cc:    George Wakeman, Esq.
        Michael Mascis, Esq.
        Jill Steinberg, Esq.

# Jacques v. United States, et al.
# Defendants' Privilege Log

| DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | AUTHOR POSITION | ADDRESSEE/ RECIPIENT | PRIVILEGE |
|---|---|---|---|---|---|---|
| 5/25/2012 | Memorandum | FTCA Practitioner Narrative, consisting of a summary of plaintiff's medical record insofar as it relates to the allegations of the administrative claim, and recommendations for improvement. Prepared for HHS in response to the FTCA administrative claim. | Severin, Philip | Chief Medical Officer | HHs Office of General Counsel, Claims Office | AC, WP |
| 7/25/2012 | Memorandum | "Expert Medical Review Report," consisting of a summary and discussion of plaintiff's medical record and the administrative claim. The report was prepared at the request of the HHS Office of General Counsel, Claims Office, in response to the administrative claim. | Gorchoff, David B., MD | Consultant to Keystone Peer Review Organization, under contract with Department of HHS | HHs Office of General Counsel, Claims Office | WP, DP |
| 1/30/2012 | Report | Patient Care Assessment Committee Chart Review Summary and Recommendations | Patient Care Assessment Committee | NA | NA | Peer Review privilege |
| 9/30/2011 and dates unknown | Notes | Handwritten notes prepared in connection with the work of the Patient Care Assessment Committee report | Joseph, Cecilia | Compliance Officer | NA | Peer Review privilege |

2/6/2014