UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:13-CV-10520-DJC

|  |  |
|---|---|
| YANICK JACQUES, <br>        Plaintiff <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> MARK BEAUMONT, MD, and <br> CODMAN SQUARE HEALTH <br> CENTER, INC. <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION TO FILE SENSITIVE DOCUMENTS ON PAPER**

In this action plaintiff alleges that her primary care physician, Mark Beaumont, MD, negligently mismanaged feelings of transference and countertransference and engaged in an unethical sexual relationship with her, and that the other defendants negligently failed to prevent this. The plaintiff has a long history of mental health issues stemming from childhood trauma. The depositions and discovery responses in this matter have necessarily dealt with these sensitive topics, including plaintiff's otherwise confidential medical history. The United States plan to file a Motion for Summary Judgment in the near future, in which it will rely, among other things, on deposition transcripts and Answers to Interrogatories that contain sensitive, private information, including medical information.

The Court's CM/ECF Management/Electronic Case Files Administrative Procedures, provide that medical records shall be filed in paper format. See ¶ L.1.e. The purpose of this rule is to prevent the public disclosure of otherwise confidential medical records. Here, because plaintiff's medical history was discussed during depositions and

in the Answers to Interrogatories, and because of the other sensitive information discussed during depositions and in Answers to Interrogatories, the parties have agreed that they would prefer to file these attachments "on paper," as they will with the medical records.

WHEREFORE, the parties jointly request this Court permit them to file deposition transcripts and Answers to Interrogatories as exhibits to their Motions and Oppositions to Summary Judgment "on paper," following the procedures required for medical records by the Court's CM/ECF Management/Electronic Case Files Administrative Procedures, ¶ L.1.e.

Respectfully Submitted by the Parties,

Plaintiff,
By her attorneys:

__s/Scott M. Heidorn_____
Clyde D. Bergstresser, BBO #039200
Scott M. Heidorn, BBO# 661787
Bergstresser & Pollock LLC
52 Temple Place
Boston, MA 02111
(617) 682-9211
(617) 451-1070 – FAX
Clyde@bergstresser.com
Scott@bergstresser.com


Codman Square Health Center, Inc.,
By its attorneys:

_/s/ Michael J. Mascis_____
Michael J. Mascis, BBO No. 541772
Law Offices of Jacqueline L. Allen
One Exchange Place, 5th Floor
Boston, MA  02109
Phone:  (617) 994-4415
Fax: (617) 748-3971
Michael.mascis@cna.com

Mark Beaumont, MD
By his attorneys,

_/s/ George E. Wakeman, Jr._____
George E. Wakeman, Jr., BBO# 512230
Brooks L. Glahn, BBO# 648308
Adler Cohen Harvey Wakeman
Guekguezian
75 Federal Street
Boston, MA  02110
(617) 423-6674    fax: (617) 423-7152
gwakeman@adlercohen.com
bglahn@adlercohen.com


CARMEN M. ORTIZ,
United States Attorney

_/s/ George B. Henderson, II
George B. Henderson, II
Assistant U.S. Attorney
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3272
george.henderson2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2013, the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.


_/s/ Scott M. Heidorn___
Scott M. Heidorn