UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YANICK JACQUES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:13-CV-10520-DJC |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT CODMAN SQUARE HEALTH CENTER INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56.1 of the Federal Rules of Civil Procedure, the defendant Codman Square Health Center, Inc., through its undersigned counsel, hereby moves for summary judgment on all claims against it. The grounds for this motion are that there are no material facts in dispute; and there exists no viable legal theory of vicarious liability as to the Defendant as reasoned by the Massachusetts Supreme Judicial Court in the case of Petrell v. Shaw, 453 Mass. 377, 902 N.E.2d 401, 407-408 (2009). The Defendant's legal argument is more fully set forth in the accompanying Memorandum In Support of Defendant Codman Square Health Center Inc.'s Motion For Summary Judgment, the accompanying Joint Statement of Defendants United States of America and Codman Square Health Center, Inc. of Material Facts As To Which There Is No

2

Genuine Issue To Be Tried, and the Exhibits attached thereto; which are all incorporated herein, by reference.

        By its Attorney,

        /s/Michael J. Mascis
        Michael J. Mascis
        B.B.O. No. 541772
        Law Offices of Jacqueline L. Allen
        53 State Street, 5th Floor
        Boston, MA 02109
        617/994-4415
        michael.mascis@cna.com

**CERTIFICATE OF SERVICE**

I, Michael J. Mascis certify that this document was filed through the ECF system on the 27th day of March 2014 and as a result will be sent electronically to the registered parties as identified on the Notice of Electronic Filing (NEF).