UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YANICK JACQUES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 13-10520-DJC |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## UNITED STATES' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56.1 of the Federal Rules of Civil Procedure, the defendant United States of America, through its undersigned counsel, hereby moves for summary judgment on all claims against it.  The grounds for this motion are set forth in the accompanying Memorandum In Support of United States' Motion For Summary Judgment, the accompanying Joint Statement of Defendants United States of America and Codman Square Health Center, Inc. of Material Facts As To Which There Is No Genuine Issue To Be Tried, and the Exhibits attached thereto.

    Respectfully submitted,

    CARMEN M. ORTIZ
    United States Attorney

By:    /s/ *George B. Henderson, II*
    George B. Henderson, II
    Assistant U.S. Attorney
    John J. Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA  02210
    (617) 748-3272
    *george.henderson2@usdoj.gov*

Dated: March 28, 2014

## CERTIFICATION

 Pursuant to Local Rule 7.1(A)(2), the undersigned counsel certifies that the undersigned counsel and counsel for each other party have conferred regarding the foregoing motion, and have been unable to resolve or narrow the issues.

             /s/ *George B. Henderson, II*
             George B. Henderson, II

## CERTIFICATE OF SERVICE

 I hereby certify that on this 28th day of March, 2014, the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

             /s/ *George B. Henderson, II*
             George B. Henderson, II