# Exhibit 1

To
Joint Statement of Defendants United States of America
and Codman Square Health Center, Inc. of Material Facts
As To Which There Is No Genuine Issue To Be Tried

# MARK C. BEAUMONT

77 Risley Road                                                          Mobile:  857-225-6282
Brookline, MA 02467                                    Email:  markcbeaumont@gmail.com

## PROFESSOR OF NATURAL BIOLOGICAL SCIENCES
## ALLIED HEALTH CLINICAL EDUCATOR/INSTRUCTOR

## Skills Summary

Proven, results focused health care professional and educator with a passion for teaching, creating and developing creative models of learning for allied health students and students taking natural science courses; innovative, self-directed learner with operational management skills and abilities to build and direct clinical and non-clinical teams in order to accomplish the highest standards of learning while providing educational and consultative resources in higher education

*Clinical Education*
*Allied Health Clinical Instructing*
*Administration in Post-Secondary Education*
*Student Success Strategies*
*Scientific Communication*
*Clinical and Academic Research*
*Clinical Disease Management*
*Internal Operations Support, Information Technology, Payer Relations, Revenue Cycle, Compliance & Regulatory Agencies, Marketing, Finance, Field Operations*
*Clinical Leadership and Education/Health and Wellness*
*Electronic Medical Record-GE, e Clinical Works, NextGen, Allscripts, Epic, Sunrise Clinical Manager, Logician, Centricity*
*Leadership/Team Building and Strategic Planning*
*Knowledge of Lean/Six Sigma Efficiency Model*
*Understanding of Health Care Regulatory and Accreditation Bodies*
*Clinical Management Experience*

## Key strengths:
### Broad knowledge base the basic life sciences

Broad scientific and clinical fund of knowledge; broad clinical foundation including the pathology and physiology of common medical conditions that relate to the biological sciences; work experience in the medical setting managing the day to day business operations of large and small scale health care settings understanding budgets, clinical teams and clinical improvement efforts.

### Innovative, experienced teacher, professional and educator

Experienced professor in the biological sciences that utilizes creative and clever techniques and teaching strategies to help all students learn material and stimulate their thinking

### Results Driven

Ability to take tasks and produce deliverables in an efficient and high achieving manner

### Professional Profile

Hard working, disciplined, self-directed learner who balances pragmatism with excellent presentation, oral and written skills; able to work independently and think strategically

## PROFESSIONAL EXPERIENCE

Bunker Hill Community College          **Adjunct Professor**
Department of Science, Engineering and Health Careers
Charlestown, MA
1/2013-present
Boston, MA
Professor of the following courses: Anatomy and Physiology, Medical Terminology, Human Biology, Environmental Science, General Sciences including labs

**MARK C. BEAUMONT**                                                                                      **PAGE 2**

Chelsea High School                        **Science Teacher**
Science Department
Chelsea, MA
4/2013-present
Teacher of: Anatomy and Physiology, General Biology, Environmental Science, General Sciences

Sanford-Brown College                      **Adjunct Faculty-Administrative and Clinical Instructor**
Boston, MA
7/2012-9/2013
Clinical Instructor of the following courses in the Medical Assistant Program and Cardiac Ultrasonography Program:
Biology, Anatomy and Physiology, Pulmonology, Hematology/Phlebotomy, Pharmacology, Medical Laboratory Procedures,
Clinical Laboratory Procedures, Electrocardiography, Radiology, Medical Terminology
-Student mentor and academic advisor
-Assisted with course curriculum development
-Developed and led student based community outreach projects highlighting STI prevention, use of sunscreen to prevent skin
cancer
-Assisted with daily academic and clinical operations

Health Data Vision, Inc.                   **Clinical Consultant**
Glendale, CA
4/2012-present
Electronic medical record reviewer and practice manager responsible for abstracting key specific clinical data for the purpose
of chronic disease prevention, risk management and clinical quality improvement efforts and initiatives
Supported multiple accounts and contracts including

Network Health                             **Quality and Data Analytics Manager, HEDIS Improvement**
Medford, MA
12/2011—3/2012
-Lead development, coordination and supervision of a comprehensive quality improvement program focused on data analytics
-Functions included quality project management, risk management, data collection, maintenance and analysis, and establishing
committees and workgroups to improve internal quality systems and managing all aspects of the HEDIS Improvement Team.
-Key managerial experience leading a team using raw health data (claims and E.M.R), analyzing it and then using in a
meaningful way with members and providers to improve health care

Codman Square Health Center                **Health Care Provider**
Dorchester, MA
9/19/2005—9/20/2011
-Primary care provider practicing full scope Family Practice
-**Outreach Program Development for Chronic Disease Prevention**  Developed an adolescent medicine clinic and
curriculum based on identification of poor attendance of adolescents to primary care offices.  Developed a clinical program to
address physical, mental, academic and other needs for over 2000 adolescents.  Engaged laboratory/testing facilities,
behavioral health, mentoring and academic services and family planning and publicized the program for over 2000 patients.
-**Patient Centered Medical Home clinical team member**
-**Diabetes Collaborative clinical team member**

## EDUCATION/CERTIFICATIONS

| | | |
|---|---|---|
| **Boston University School of Medicine** | MD | 2003 |
| **Boston University College of Arts and Sciences** | BA, Biology | 1998 |
| **Boston Medical Center** | Family Medicine Residency Program | 2006 |

BLS Certified
ACLS, PALS (Pediatric Advanced Life Support)
National Advanced Life Support (NALS)
Neonatal Resuscitation Program (NRP)

**MARK C. BEAUMONT**                                                                              **PAGE 3**
Advanced Life Support in Obstetrics (ALSO)
Massachusetts Academy of Family Practitioners Educators Award                                          2006
Boston Medical Center, Department of Family Medicine Chief Resident                              2005—2006
Chief Resident Immersion Training and Geriatrics                                                       2005
American Academy of Family Practitioners Chief Resident Leadership Training                            2006
BU School of Medicine Kenneth C. Edelin Award in Obstetrics and Gynecology                             2003
Boston University School of Medicine Solomon Carter Fuller Award                                       2003
Tai Scholar, Scholarship for Underrepresented Minorities in Healthcare                          2000—2002
Commonwealth Scholar, Awarded for Academic Achievement                                                 1998

## OUTSIDE INTERESTS

Jubilee Christian Church Health Consultant:  Addressed poor health indicators for senior population in Dorchester area.  Established, developed and delivered a monthly curriculum and teaching series to address screening rates, weight, blood sugar, blood pressure, diet, exercise, etc.  Achieved significant quantitative and qualitative health improvement.

Eagle's Nest Learning Center Executive Board                                                   2008—Present
Associate Editor of the Journal of Medical Case Reports                                        2007—Present
The Princeton Review—Teach Chemistry, Biochemistry, Genetics, Biology and Microbiology for the Medical College Admissions Test

Enjoy fitness and family activities