# Exhibit 9

To
Joint Statement of Defendants United States of America
and Codman Square Health Center, Inc. of Material Facts
As To Which There Is No Genuine Issue To Be Tried

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YANICK JACQUES, </br></br> Plaintiff, </br></br> v. </br></br> UNITED STATES OF AMERICA, *et al.*, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 13-10520-DJC </br> ) </br> ) </br> ) </br> ) |

DECLARATION OF DANNY MACNEIL

I, Danny MacNeil, do hereby swear as follows, pursuant to 28 U.S.C. § 1746:

1. I am the Chief Information Officer for the Codman Square Health Center, Inc. ("Codman") in Dorchester Massachusetts. I have held that position since January 10, 2011. I am employed by DotWell, which is an organization formed by the Codman Square Health Center and the Dorchester House Multi-Service Center to provide management services to those healthcare centers. I am familiar with the current electronic systems used by Codman to manage our patients medical records and to schedule their visits.

2. Except as otherwise specifically stated herein, I have personal knowledge of the matters set forth in this declaration.

3. From approximately 2001[1] until approximately September 2012, Codman used an electronic medical records ("EMR") system called Logician to keep records of medical care provided to patients. In September 2012, Codman upgraded their EMR from the Logician system to a newer system called Centricity Practice Solutions ("CPS"). At that time the electronic medical records functions and all of the patients' clinical data plus user permissions

---

[1] My personal knowledge on this point dates back to January 2011. For the period before January 2011, my knowledge is based on my experience and communications with knowledgeable Codman employees over the course of the last three years.

were transferred to the CPS system. CPS is currently still in productive use, albeit with a newer version, CPS ver. 11.

4. The Logician system, like the current CPS system, was configured to impose certain limitations on the ability of health care providers to change or delete medical chart records. Once a provider creates and saves a medical chart record, the provider cannot thereafter completely delete the record from the system. If the medical record has not been electronically signed, the provider can modify it, but cannot delete it altogether. Once the provider electronically signs a medical record, the provider cannot thereafter change or delete that record. If the provider needs to make some correction to it, the provider must add an "addendum" to the record. There are no exceptions to these restrictions on providers' ability to change and delete electronic medical records at Codman.

5. Based upon my knowledge of the electronic record-keeping systems used by Codman it is reasonably certain that Dr. Beaumont did not delete any electronic medical record of the plaintiff Yanick Jacques.

I swear under the penalties of perjury that the foregoing statements are true and correct.

Sworn to this 14th day of March, 2014.

Danny MacNeil
Chief Information Officer

2