# Exhibit 10

To
Joint Statement of Defendants United States of America
and Codman Square Health Center, Inc. of Material Facts
As To Which There Is No Genuine Issue To Be Tried

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YANICK JACQUES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 13-10520-DJC |

DECLARATION OF PHILIP SEVERIN, III, MD

I, Philip Severin, III, MD, do hereby swear as follows, pursuant to 28 U.S.C. § 1746:

1. I am the Chief Medical Officer of the Codman Square Health Center, Inc. ("Codman") in Dorchester Massachusetts. I have held that position or the position of Medical Director since 2004. I have been employed at Codman since 1995.

2. Except as otherwise specifically stated herein, I have personal knowledge of the matters set forth in this declaration.

3. I am aware of the Codman medical record pertaining to the plaintiff, Yanick Jacques, dated November 24, 2008, signed by Mark Beaumont MD, and marked USCS00441, which indicates that Dr. Beaumont discussed with me the patient's transition to see another provider at Codman. I do not recall the discussion, but I do not dispute that it occurred. I do not recall the patient.

4. I did not become aware or have any suspicion that Dr. Beaumont had engaged in a sexual relationship with the plaintiff until approximately June 2011, when the Massachusetts Board of Registration in Medicine made a request to Codman for information concerning Dr. Beaumont.

1

5.      Before June 2011, I had no suspicion that Dr. Beaumont might engage in a sexual relationship with Ms. Jacques. The discussion described by Dr. Beaumont in the November 24, 2008, note at USCS00441 indicates that Ms. Jacques crossed boundaries, but it contains no suggestion that Dr. Beaumont had crossed professional boundaries or that he might cross boundaries in the future. If I had been aware of information indicating that Dr. Beaumont might cross professional boundaries with this patient, I believe I would remember it. I do not remember such information, and therefore I believe no such information was communicated to me.

I swear under the penalties of perjury that the foregoing statements are true and correct.

Sworn to this 17th day of March, 2014.

_____
Philip Severin, III, MD