# Exhibit 11

To
Joint Statement of Defendants United States of America
and Codman Square Health Center, Inc. of Material Facts
As To Which There Is No Genuine Issue To Be Tried

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

YANICK JACQUES,                         )
                                        )
    Plaintiff,                        )
                                        )
v.                                      )  Civil Action No. 13-10520-DJC
                                        )
UNITED STATES OF AMERICA, *et al.*,     )
                                        )
    Defendants.                       )

### DECLARATION OF JO-ANN WINBUSH

I, Jo-Ann Winbush, do hereby swear as follows, pursuant to 28 U.S.C. § 1746:

1. Since May 25, 2008, I have been the Director of Operations at the Codman Square Health Center, Inc. ("Codman") in Dorchester Massachusetts. From August 30, 2001, through May 24, 2008, I was the Manager of Patient Services at Codman. I have been employed at Codman since July 1, 1992.

2. I have personal knowledge of the matters set forth in this declaration.

3. I did not become aware or have any suspicion that Dr. Beaumont had engaged in a sexual relationship with the plaintiff Yanick Jacques until I learned of the investigation by the Massachusetts Board of Registration in Medicine concerning Dr. Beaumont's treatment of Ms. Jacques.

4. Before I learned about the Board of Registration in Medicine investigation, nobody said anything to me indicating that Dr. Beaumont had romantic feelings towards Ms. Jacques. I never had any suspicion that Dr. Beaumont might engage in a sexual relationship with

//

//

Ms. Jacques.  If I had been aware of information indicating that Dr. Beaumont might have an improper relationship with this patient, I would remember it.  I don't.

I swear under the penalties of perjury that the foregoing statements are true and correct.

Sworn to this 12th day of March, 2014.

/s/ *Jo-Ann Winbush*
Jo-Ann Winbush