UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| YANICK JACQUES, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 13-10520-DJC |
| UNITED STATES OF AMERICA, et al., | ) ) ) | |
| Defendants. | ) | |

### NOTICE OF FILING WITH THE CLERK'S OFFICE

Notice is hereby given that, pursuant to the Court's Order dated March 11, 2014 (Dkt #39), the following documents have been filed on paper with the Clerk's Office:

| **Exhibit** | **Description** |
|---|---|
| 2 | Deposition of Mark Beaumont (excerpts) |
| 3 | Declaration of Cecilia Joseph (with Attachment A) |
| 4 | Select medical records: USCS00441, 855-856, 858 |
| 5 | Deposition of Yanick Jacques (excerpts) |
| 6 | Deposition of Jo-Ann Winbush (excerpts) |
| 7 | Defendant Mark Beaumont, MD's Answers to Defendant, United States' First Set of Interrogatories |
| 8 | Plaintiff Yanick Jacques Answers To Defendant United States' Interrogatories |

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:  /s/ *George B. Henderson, II*
George B. Henderson, II
Assistant U.S. Attorney
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3272
Dated: March 28, 2014    *george.henderson2@usdoj.gov*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of March, 2014, the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                                    /s/ *George B. Henderson, II*
                                                    George B. Henderson, II