UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YANICK JACQUES,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>MARK BEAUMONT, MD,<br>and CODMAN SQUARE HEALTH<br>CENTER, INC.<br><br>    Defendants. | C.A. NO.: 1:13-cv-10520-DJC |

**JOINT/ASSENTED TO MOTION TO EXTEND THE DEADLINE FOR OPPOSING THE
UNITED STATES' AND CODMAN SQUARE HEALTH CENTER, INC.'S
<u>MOTIONS FOR SUMMARY JUDGMENT</u>**

The plaintiff, Yanick Jacques, and the defendant, Mark Beaumont, M.D., hereby jointly move to extend the deadline for opposing the United States' and Codman Square Health Center, Inc.'s motions for summary judgment. They respectfully request that the deadline be extended to fourteen (14) days after their receipt of Dr. Philipp Severin's continued deposition transcript. The United States and Codman Square Health Center, Inc., have assented to the requested extensions. In further support of this motion the plaintiff and Dr. Beaumont state as follows:

1.  In this action the plaintiff alleges she sustained emotional and psychological injuries as a result of a relationship she had with her primary care physician, Dr. Beaumont, while he was an employee of Codman Square Health Center, Inc. ("Codman"). The plaintiff also alleges that Codman employees, Dr. Philipp Severin and Jo-Ann Winbush, were negligent in failing to ensure that the plaintiff did not see Dr.

Beaumont for medical visits after Dr. Beaumont told them that he was concerned about the potential for harm stemming from plaintiff's conduct towards him. Dr. Severin was initially named as a defendant in this suit, but the United States has been substituted in Dr. Severin's place pursuant to the Federal Torts Claim Act.

2. Both the United States and Codman filed motions for summary judgment, which the plaintiff and Dr. Beaumont intend to oppose. Pursuant to the Scheduling Order in this matter, oppositions are currently due on April 28, 2014.

3. On April 17, 2014, this Court granted in part the plaintiff's Motion to Compel Dr. Severin's continued deposition. See Order at **Exhibit A**. The order provides that the plaintiff may depose Dr. Severin within the next 30 days for "no more than forty-five minutes and then Dr. Severin's counsel and other counsel may ask questions."

4. The plaintiff and Dr. Beaumont seek an extension to oppose the United States' and Codman's motions for summary judgment so that Dr. Severin's testimony may be considered and included in their arguments. More specifically, they request that the deadline be extended to fourteen (14) days after their receipt of Dr. Severin's continued deposition transcript.

5. The United States and Codman assent to this extension.

WHEREFORE, the plaintiff, Yanick Jacques, and the defendant, Dr. Marc Beaumont, request that the deadline for opposing motions for summary judgment be extended to fourteen (14) days after their receipt of Dr. Severin' continued deposition transcript.

Respectfully submitted,

| The plaintiff, | The defendant, |
|---|---|
| YANICK JACQUES, | MARK BEAUMONT, M.D., |
| By her attorneys, | By his attorneys, |

_____  _____
Clyde D. Bergstresser, Esquire
Scott M. Heidorn, Esquire
Bergstresser & Pollock, LLC
52 Temple Place
Boston MA 02111
(617) 682-9211
clyde@bergstresser.com
scott@bergstresser.com

George E. Wakeman, Jr., BBO #512230
Brooks L. Glahn, BBO# 648308
Adler | Cohen | Harvey | Wakeman |
Guekguezian, LLP
75 Federal Street, 10th Floor
Boston, MA 02110
(617) 423-6674
gwakeman@adlercohen.com
bglahn@adlercohen.com

Assented to:

The defendant,
THE UNITED STATES OF AMERICA,
By its attorneys,

The defendant,
CODMAN SQUARE HEALTH CENTER, INC.
By its attorneys,

_____  _____
George B. Henderson, II
Assistant US Attorney
John J. Moakley US Courthouse
1 Courthouse Way Suite 9200
Boston, MA 02210
617-748-3272
george.henderson2@usdoj.gov

Michael J. Mascis, Esquire
Law Office of Jacqueline L. Allen
53 State Street, 5th Floor
Boston, MA 02109
(617) 994-4400
michael.mascis@cna.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document will be served electronically to the attorney of record for each party via the ECF system.

Date: 4/23/14  /s/ Brooks L. Glahn

Brooks L. Glahn