# **EXHIBIT A**

## Brooks Glahn

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Thursday, April 17, 2014 1:45 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:13-cv-10520-DJC Jacques v. United States of America et al Order on Motion to Compel |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 4/17/2014 at 1:45 PM EDT and filed on 4/17/2014
**Case Name:**       Jacques v. United States of America et al
**Case Number:**   1:13-cv-10520-DJC
**Filer:**
**Document Number:** 48(No document attached)

Docket Text:
**Magistrate Judge Jennifer C. Boal: ELECTRONIC ORDER entered. After carefully considering the parties' arguments, the Court grants in part and denies in part [35] Motion to Compel Continued Deposition. The plaintiff may depose Dr. Severin at a date, time and place convenient to Dr. Severin anytime within the next thirty days. Plaintiff may depose Dr. Severin for no more than forty-five minutes and then Dr. Severin's counsel and other counsel may ask questions. (York, Steve)**


**1:13-cv-10520-DJC Notice has been electronically mailed to:**

George B. Henderson, III     george.henderson2@usdoj.gov, ellen.souris@usdoj.gov, usama.ecf@usdoj.gov

Clyde D. Bergstresser     clyde@bergstresser.com

George E. Wakeman, Jr     gwakeman@adlercohen.com

1

Michael J. Mascis    michael.mascis@cna.com

Brooks L. Glahn    bglahn@adlercohen.com

Scott M. Heidorn    scott@bergstresser.com

**1:13-cv-10520-DJC Notice will not be electronically mailed to:**