

August 29, 2011


To Whom It May Concern,

I am writing this letter in support of Mark Beaumont, MD.

I am a Family Physician and the Chief Medical Officer at Codman Square Health Center (CSHC) in Dorchester, MA.   I have worked at CSHC since 1995.

During my tenure as a physician leader at CSHC, we have focused on recruiting and retaining physicians who provide excellent quality of care, as well as, provide culturally and linguistically competent care to our patients.

I have known Dr. Beaumont since he was a Boston University Medical Student.  During medical school, Dr. Beaumont successfully performed a number of his educational electives at CSHC.  After Medical School, Dr. Beaumont successfully completed his residency training in Family Medicine at the BU Family Medicine Residency Program and CSHC was his continuity clinic site. As a result, we were able to get to know Dr. Beaumont very well prior to hiring him in July of 2006.  Due to his commitment to the community and his success as a resident, we actively pursued hiring Dr. Beaumont for a staff physician position on the completion of his residency.  He was a natural fit for a myriad of reasons.  First, Dr. Beaumont is a kind and compassionate person and as a physician he exhibited the ability to remain calm and even keeled in challenging clinical situations.  Second, Dr. Beaumont exhibited a connection and commitment to our core community, patients of African descent, including African American patients and Caribbean immigrants.  He chose to involve himself in the community that CSHC serves, including becoming a member of a local church that is popular among our patients.  Dr. Beaumont's connection not only derived from his own heritage, being an African American man of Jamaican descent, but from compassion and understanding for the complexity of the lives of the families that we serve due to factors such as poverty, immigration status, lack of education and community violence.

Dr. Beaumont decided to accept the position at Codman Square Health Center despite an unfavorable financial situation due to large loans that he had acquired to pay for College and Medical School.  He could easily have made a much higher salary by taking a position at a local hospital or in a private practice, but instead he made a personal financial sacrifice to work at CSHC and continue to serve our community.

As a compassionate African American male physician, Dr. Beaumont is an important role model in our community.  In particular, Dr. Beaumont has been an important presence for the young men in our community who struggle to remain on a path to educational success.  The African American men in our community face significant obstacles to achieving academic and personal success (obstacles include lack of role models, single parent homes, community violence, the draw of gangs, incarceration).

With regard to the BORM investigation, I was surprised to learn about the nature of the investigation as it did not seem consistent with the Mark Beaumont that I have known for the past 10 years. Having said this, since learning of the BORM investigation, I believe that Dr. Beaumont has been honest and forthright, as is his nature.  I also believe that he understands the gravity of the situation and is willing to take responsibility for his actions.

USCS01064

Pending the outcome of this matter, I look forward to the opportunity to support Dr. Beaumont in continuing to grow as a physician and to meet the health care needs of the Codman Square community. I believe that we can put into action whatever supports are needed to foster his growth and monitor quality of care as deemed necessary by the BORM.

Thank you for allowing me to share this letter with you. I am happy to answer further questions as necessary.

Sincerely,


Philip Severin, MD
Chief Medical Officer
Codman Square Health Center

USCS01065